# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Richard K Davis,
    Plaintiff(s),

v.

United States of America,
    Defendant(s).

Case No. 1:12cv782
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to telephonic notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date 8/27/13

awh    August 27, 2013

KAREN L. LITKOVITZ
United States Magistrate Judge